## HENRY WILLIAMS v. MOODY & JEMISON.

(No. 1290, Op. Book No. 2, p. 504.)

APPEAL from Galveston County. Opinion by WINKLER, J.

**§ 805.** *Affidavit in lieu of appeal bond.* The affidavit made in lieu of an appeal bond was that "he is a poor

man, and is unable to pay the costs of said appeal, or to give security therefor." *Held* insufficient. It should have stated further that he was unable to pay *any part* of the costs of appeal. [R. S. 1400, 1401.]

February 4, 1882.           Appeal dismissed.